# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARC SAINTIL | : | DOCKET NO. 2:09-cv-356 SEC P |
| VS. | : | JUDGE TRIMBLE |
| MICHAEL B. MUKASEY, ET AL. | : | MAGISTRATE JUDGE KAY |

## ORDER

Marc Saintil filed a *habeas corpus* petition in the above-captioned matter on March 4, 2009. Doc. 1. On June 19, 2009, the government filed a Motion to Dismiss [Doc. 18], representing to the court that on June 10, 2009, Mr. Saintil was removed from the United States to his native country of Haiti.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, Mr. Saintil shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 22nd day of June, 2009.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE